No. 282. ATLANTIC & GULF STEVEDORES, INC., *v.* ELLERMAN LINES, LTD., ET AL., *ante,* p. 355;

No. 425. CROSS ET AL. *v.* FLORIDA, *ante,* p. 400;

No. 689. LEWIS ET AL., DOING BUSINESS AS LEWIS AND MURRAY, ET AL. *v.* FITZGERALD, TRUSTEE IN BANKRUPTCY, *ante,* p. 828;

No. 717. CRUMP *v.* SAIN, SHERIFF, *ante,* p. 830;

No. 29, Misc. BURKS *v.* UNITED STATES, *ante,* p. 841; and

No. 972, Misc. DISILVESTRO *v.* UNITED STATES, *ante,* p. 854. Petitions for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of these applications.

MAY 21, 1962.*

No. 794. UNITED STATES *v.* GEORGIA PUBLIC SERVICE COMMISSION. Appeal from the United States District Court for the Northern District of Georgia. Further consideration of the question of jurisdiction is postponed until a hearing of the case on the merits. Counsel are requested to brief and argue, in addition to the merits, the question of this Court's jurisdiction on direct appeal under 28 U. S. C. § 1253; see 28 U. S. C. § 2281; cf. *Kesler* v. *Department of Public Safety,* 369 U. S. 153, 155–158. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Richard A. Solomon* for the United States. *Eugene Cook,* Attorney General of Georgia, and *Paul Rodgers,* Assistant Attorney General, for appellee.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.